# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

149041 & (96)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CHARLES MOODY,
      Plaintiff-Appellant,

and

GET WELL MEDICAL TRANSPORT,
PROGRESSIVE REHAB CENTER and
CAROL REINTS, INC.,
      Plaintiffs,

v

HOME OWNERS INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 149041
COA: 301784
Wayne CC: 10-006722-AV

_____/

On order of the Court, the motion to dismiss appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

h0128